Toson
V.
Wilke

Northern District Of Texas
Abilene Division

FILED - USDC - NDTX - AB
DEC 8 2023 PM 12:36
SRK

Durand Toson # 2206334
_____
Plaintiff's Name and ID Number

French M. Robertson unit
_____
Place Of Confinement

Case no. 1:23-cv-00232
_____
(To be supplied by Clerk)

V.

Terri Wilke, French M. Robertson unit, 12071 FM 3522 Abilene Texas 79601
_____
Defendant's Name and Address

↓                ★★★ Must Read Very Important Note Below ★★★                ↓

Note: In paragraphs 6., 7., 8., 9., 41., 42., 43., 44., 58. and notes on pages 24 and 25 in this § 1983 Complaint that refers to or uses the words Department Of Health where I was twice tested and twice diagnosed by clinical professionals with sexually transmitted disease chlamydia refers to the Port Arthur Health Department, 449 Austin Avenue, Port Arthur Texas 77642 or other zip code 77640 (Port Arthur has 2 zip codes) where this information on government record can can be extracted.

— Page 1 —

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its e ective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? √ YES ___ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: ___May 12th 2023___

        2. Parties to previous lawsuit:

        Plaintiff(s) __Nykima A. Toson__

        Defendant(s) __Mystie S. Taylor, Veronica A. Ference, Michael W. Collier, FNU, Whitfield__

        3. Court: (If federal, name the district; if state, name the county.) __Northern__

        4. Cause number: __1:22-CV-00061-BU , 23-10793 (F.F. Cir. Case no.)__

        5. Name of judge to whom case was assigned: __John F, Parker , Cir. Court Unknown__

        6. Disposition: (Was the case dismissed, appealed, still pending?) __appealled__

        7. Approximate date of disposition: __under appeall (appeal)__

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _French M. Robertson Unit_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        √ YES  ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Durand Amon Tusor , French M. Robertson_
_Unit , 12071 FM 3522 Abilene Texas 79601._

_____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Terri Wilke , Facility Health Administrator aka - Unit Health Administrator_
_Texas Department of Criminal Justice, French M. Robertson Unit, 12071 FM 3522 Abilene TX, 79601_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Defendant Terri Wilke , Facility Health Administrator a.k.a Unit_

Defendant #2: _[illegible] , Medical Grievance Investigator, TDCJ, STEP. III MEDICAL_
_GRIEVANCE PROGRAM, OFFICE OF PROFESSIONAL STANDARDS, TDCJ HEALTH SERVICES_
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.    _DIVISION._
_[illegible]_

Defendant #3: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

#1. Defendant Terri Wilke, Facility Health Administrator aka title Unit Health Administrator, at French M. Robertson unit between December 20th 2022 and February 7th 2023 (including beyond this timeframe that can be inferred from this complaint & MRS) was deliberately indifferent to my serious medical needs of bacterial infection, or infection in general, of my urinary and gastro-intestinal tracts and left plaintiff Durand A. Toson to suffer pain, sickness, mental and emotional distress, serious bodily impairments and injury and denied or refused plaintiff Toson medical care and adequate treatment to cure these infections by taking no medical action and giving no adequate treatment to cure

VI.  RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

50,000.00 compensatory damages , 25,000.00 punitive damages and 15,000.00 nominal damages ; all U.S. Dollars in damages (damages) requested

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Durand Arman Toson    ,    Durand Amien Toson

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
2111502    ,    2206334

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? _____ YES  √ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied? _____ YES _____ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ✓ YES ____ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): Northern , Abilene , Lubbock

   2. Case number: 1:22-cv-00061 - BU , 1:22-cv-00085 - BU , 1:22-cv-00087 - BU

   3. Approximate date warning was issued: I currently do not have dates year approximately 2022 - 2023

Executed on: ___11/05/13___
         DATE

Donald Tose

Donald Tose
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___2 8 th___ day of ___November___ , 20 __23__
       (Day)            (month)         (year)

Donald Tose

Donald Tose
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Continuation of Defendant Terri Wilke's acts or omissions that harmed me.

Health Administrator's deliberate indifference to my serious medical needs of bacterial infection or infection in general of my urinary and gastrointestinal tracts that being prolonged and continuing without treatment at the Robertson Unit to cure has caused and continues to cause serious bodily impairments, injury, continuous severe pain, continuous vomiting, inability to eat or drink without severe pain in my stomach and intestines, contributing to vision loss, suffering, mental and emotional distress (etc. identified in this complaint) and could and will contribute to future serious bodily impairments (impairments), injury, continuous severe pain, continuous vomiting, inability to eat or drink without severe pain in my stomach and intestines, further vision loss, suffering, mental and emotional distress (etc. identified in this complaint) due to Defendant Doctor Wilke's deliberate indifference to my serious medical need in violation of the Eighth Amendment of the United States Constitution for Creul (Cruel) and Unusual Punishment for my medical care, adequate treatment to cure and conditions of confinement for prisoners.

V. I. RELIEF (Continuation of Relief from page 5) ... requested from Defendant Doctor Terri Wilke. Declatory relief stating Defendant Terri Wilke violated plaintiff Durand Tosoh's Eighth Amendment rights of the United States Constitution and any other constitutional or other rights or laws the court construes in favor of me. Any other relief the Court deems just, proper, and equitable. A preliminary injunction (attention: please do not file or initiate my preliminary injunction until I have sent the proper paperwork to do so (do so) and notified the Defendant)

V III. Continuation of Sanctions from Page 5 and 4:
(D.) (2.) Case number: 1:22-cv-00037-BU.  1:22-cv-00130-BU. 5:22-cv-193-BQ (Lubbock Division). 1:22-cv-00037-H. 1:23-cv-00077-EU.

(D.) (1.) Court that issued warning: All were in the Northern District, Abilene Division U.S.D.L. except case no. 5:22-cv-193-BQ in the U.S.D.C. Lubbock Division, Northern District.

(D.) (3.) Approximate date warning was issued: I currently do not have approximate day and month but approximate years for all cases is 2022-23.

to be free from cruel and unusual punishments for my medical care and treatment and conditions of confinement. (Treatment refers to adequate treatment to cure).

IV. PARTIES TO THIS SUIT   continuation forementioned

I. PREVIOUS LAWSUITS continuation:

1. Approximate date of Filing lawsuit: # 2: 6/13/2022. # 3: 6/6/2022. # 4: 6/15/2022. # 5: 7/26/2022. # 6: 9/6/2022. # 7: 2/2/2023. . # 8: 2/22/2023. # 9. 5/16/2023. # 10: 5/30/2023. # 11: 8/24/2023. # 12: 4/13/2023.

2. Parties to previous lawsuit:

Plaintiff (s) Durand A. Toson

Defendant(s) # 2: Audrey M. Freeman, Alan W. Merchant, Dakota Thornton, John Doe # 1, John Doe # 2, John Doe # 3, Greg Rodriguez, Jennifer S. Crozby.

# 3: Jackie Gregory, Robertson Medical Department, Montford Medical Department, Kim D. Georgiou, Darrin Peterson.

# 4: Donovan R. Oconnor, Thadeus J. Porter, Christopher J. Schmidt, John Doe # 1, Veronica A. Ference, Jennifer S. Crozby, Grey A. Rodriguez, John Doe # 2, John Doe # 3, Jane Doe.

# 5: Chad Q. Conn, Devin L. Esquivel, Tiffanie D. Shirel, Casey L. Parkinson, Tara C. Flores, Rebecca Synder, Joda J. Wheelis; Bradie J. Jackson, Davisa Montoya.

#6: Michael A. Mcguire, Preston A. Watts, Alan W. Merchant, Mollie F. Burnham, John Doe #1.

#7: Jennifer Crozby, TDCJ DIRECTOR BRYAN COLLIER.

#8: Matthew T. Smythe, Thaddeus J. Porter, Terroll Rutledge, Merari Lopez, Jane Doe #1 (Last name Clark), Donovan R. Oconnor, Aubrey W. Burelson, J. Anderson, Jennifer S. Crozby, John Doe #1, John Doe #2, John Doe #3, Grey Rodriguez.

#9: TDCJ - CID DIRECTOR BOBBY LUMPKIN

#10: Jennifer S. Crozby, Marcus W. Huggins, Gregory P. Brannon, Paul M. Claxton, I currently do not have a docket to correctly list all of my defendants in the manner that the court has them captioned (Please see my court docket for this case).

#11: Thomas M. Pantoja, Bryan P. Mcdonald, Myisha S. Taylor, FNU - LEIJA), John Doe #1. I currently do not have my court docket to — correctly list all of my defendants in the manner that the court has them captioned (Please see my court docket for this case). Last name pronounciation lay-ha-sss (Full name identified as Melissa Hules

#12: Myisha S. Taylor, Franklin D. Hohnan, Laurent P. Massovema, Alan W. Merchant, Mollie F. Burnham, John Doe #1, Preston A. Watts, Terrance L. Frank, John Doe #2, John Doe #3.

3. Court: All cases are in the Northern District of Texas

4. Cause numbers: 1:22-cv-00085-BU (u.s.D.c.) / 23-10800 (Fih. Cir.). #3:
1:22-cv-00081-BU (u.s.D.c) / 23-10744 (Fih.Cir.). #4: 1:22-cv-00087-BU.
#5: 5:22-cv-193-BQ. #6: 1:22-cv-00130-BU. #7: 1:23-cv-00029-C. #8: 1:23-cv-00037-H. #9: 1:23-cv-00124-H

Page 9

# ID: 1:23-cv-00107-C . # 11: 1:23-cv-00173-H . # 12: 1:23-cv-00077-BU.

5. Name of Judge To Whom case was assigned: #2: John B. Parker. #3: John B. Parker. #4: John B. Parker. #5: D. Gordon Bryant JR. #6: John B. Parker. #7: Sam B. Cummings. #8: John B. Parker #9: Sam B. Cummings. #10: James Wesley Hendrix. #11: James Wesley Hendrix. #12: John B. Parker.

6. Disposition: #2: appealed. #3: appealled. #4: still pending, #5: still pending. #6: still pending. #7: voluntarily dismissed. #8: still pending, #9: appealled. #10: still pending. #11: still pending. #12: still pending.

7. Approximate date of disposition: all cases are still pending or pending under appeal

V. Continuation OF Statement OF Claim these infections.

1. At French M. Robertson unit on December 19th of 2022 due to no treatment to cure or inadequate treatment to cure these bacterial infections or infection in general of my urinary and gastrointestinal tracts by use of Robertson unit's sick call process and still suffering purulent discharges from the penis and anus, dysuria, discomfort, continuos loss of vision, weight loss, dried out skin, hair and nails, groin area pain, immunoreactions such as a small round ball the size of a gumball or that resembles a blood clot just under the head (head referring to the external mushroom-shaped part of the penis where urine is excreted) of my penis, continuos pain, , continuos vomitting, frequent urination, inflammation, difficult urination and bowel movements, inability to eat or drink without severe pain, serious digestion

issues and mental and emotional distress as well as arthritic pain, I submitted a Step 1 Medical Emergency Specialist Grievance that was recieved by Terri Wilke, Doctor and Facility Health Administrator or Unit Health Administrator.

3. My Step 1 Medical Emergency Specialist Grievance (see Exhibit A) was given grievance # 2023045889 and has a date recieved of December 20th 2022 by Investigator ID # I2842 and written on my grievance by me reads " Medical Emergency Grievance specialist... I am suffering from a prolonged bacterial infection of my urinary tract that as a result is causing serious bodily impairments. I need to see a specialist as soon as possible for specific and requested testing to identify this bacteria and recieve treatment and also a visual physical to confirm very real symptoms and physical signs of this bacterial infection and recieve treatment from specialist... Action Requested to resolve your Complaint... Specific testing from a specialist a visual to confirm symptoms such as discharge and testing by allowing me to provide discharge for testing in a container." See Exhibit A.

4. Absolutely no medical action was taken regarding my Step 1 Medical Emergency Specialist Grievance # 2023045889 and no adequate treatment to cure my infection was given and after a month and a half's delay for a response and return of my Medical Emergency Specialist Grievance Step 1 # 2023045889 while absolutely no medical action was taken regarding this grievance and no adequate treatment given to cure my infections as I suffered, (see paragraph 2. of this § 1983 Prisoner's Civil Rights Complaint under V. Statement of Claim to see some of the things I suffered from) a grievance response was then given on February 6th 2023 (see Exhibit A) that states " Grievance Response: In a review of your Electronic Health Records (EHR), there is no indication you requested any services from the Medical Department regarding the alleged urinary tract infection (UTI). If you need medical attention, please utilize the Sick Call Process. No action needed, Signature Authority: Terri Wilke, FHA, Date: FEB -6 2023.

5. I deliberately made this grievance only 5 sentences long because of my suffering (see paragraph 2. of this 1983 Prisoner's Civil Rights Complaint under V. Statement of Claim), constant advancing loss of vision, severe pain, mental

and emotional distress due to my physical suffering and being scared of the things I am suffering (see all suffering in paragraph 2. under V. Statement of Claim of this § 1983), constant vomitting, inability to eat or drink without severe pain etc. and due to these infections being prolonged in the human body, the very real future imminent danger of death, yet I was still delayed on response to my Medical Emergency specialist grievance and no medical action taken and no treatment to cure.

6. Prior to being incarcerated on the sentence which I am currently serving while being a free U.S. citizen I tested and was diagnosed twice for the same bacterial infection of the sexually transmitted disease chlamydia at the Department of Health And Human Services in Port Arthur Texas 77642. So it is a scientifically and medically proven fact and on government record that I was tested and diagnosed twice with the bacterial infection of the sexually transmitted disease chlamydia (approximate dates of these two testings and diagnosises of chlamydia was between the years 2014 to 2018, but the exact facts and dates are on government record at the Department of Health And Human Services in Port Arthur Texas 77642).

7. Due to my indigency I cannot extract these records from the Department of Health And Human Services (please see these government records of these two diagnosises) but I am currently working on attempting to collect the money so I can try to recieve them. The Department of Health And Human Services is in the downtown area of Port Arthur Texas, zip code 77642, (which is a small town with only one Department of Health And Human Services) and nearest the Port Arthur Police Department and Lamar College campus for locating reasons for or to obtain records and facts of these 2 chlamydia diagnosis.

8. Upon my first visit to the Department of Health And Human Services to a clinic area inside the Department of Health And Human Services I spoke to a black male who inquired about my symptoms and signs of infection and a white female who conducted testing and told me I was diagnosed with the sexually transmitted disease chlamydia and gave me treatment of antibiotic pills though subsequently I continued to have sex with a sexual partner who (the same sexual partner prior

Note: Paragh 5. in this 1983 Prisoner's Civil Rights Complaint under V. Statement of Claim, use of the word "suffering" refers to all signs, symptoms, pain, impairments, injury etc. identified is in paragraph 2. and throughout this complaint

— Page 12

to my chlamydia diagnosis who was not treated) who was also infected but never treated and upon my second visit to the Department of Health ~~█████████~~ ~~████████~~ the process was repeated and the white female clinician once again after testing told me I was diagnosed with the sexually transmitted disease chlamydia and I was given two antibiotic pills with instructions to take them at specific time with food and water but upon departure from the Department of Health And Human Services I lost these pills and subsequently remained — infected with the same manifest symptoms such as discharge (purulent) from the penis and anus; dysuria, frequent urination, difficult urination and bowel movements.

9. (Continuation from previous paragraph 8. immediately prior) ... groin area pain. Never being treated after my second visit to the Department of Health ~~██████████~~ ~~██████████~~ because I lost my treatment antibiotic pills, I entered into my incarceration with the bacterial infection of the sexually transmitted disease chlamydia being a medically and scientifically proven fact by way of the Department (Department) of Health ~~████ ████████ ███████~~ testing and diagnosis (please — extract and see these government records of my testing and diagnosis of the sexually transmitted disease chlamydia from the Department of Health ~~███ ████~~ ~~████████████~~ in Port Arthur Texas 77642) that I am infected with and this incarceration refers to the current sentence I am serving.

10. Defendant Doctor Terri Wilke, Facility Health Administrator a.k.a Unit Health Administrator was aware of my serious medical need of prolonged or chronic bacterial infection or infection in general of my urinary and gastrointestinal tracts through my Medical Emergency Specialist Grievance Step 1 # 20230458 – 89 (Grievance #20230458°9) which reads written by me " Medical Emergency Grievance specialist... I am suffering from a prolonged infection of my urinary (actually reads " from a prolonged bacterial infection + I made a writing omission in quote leaving the word bacterial out) tract that as a result is causing serious bodily impairments. I need to see a specialist as soon as possible for

Note: Further manifest symptoms that I mistakenly omitted from paragraph 8. on this page is inflammation and an immunoreaction of a gumball size ball just under the head or mushroom-shaped part of my penis where urine is excreted.

Page 13

specific and requested testing to identify this bacteria and recieve treatment and also a visual physical to confirm very real symptoms and physical signs of this bacterial infection and recieve treatment from specialist." (See Exhibit A).

11. Step 1 Medical Emergency Specialist grievance # 2023045889 further reads written by me "specific testing from a specialist a visual physical to confirm symptoms such as discharge and testing by allowing me to provide discharge for testing in a container" and this can be found under Action Requested to resolve your — Complaint. Further knowledge and awarness of my serious medical need of bacterial infection or infection in general of my urinary and gastrointestinal tracts by Defendant Doctor Wilke, FHA, are through letters and I-60's sent to Doctor Wilke by me dated May fifteenth twenty twenty two which is on record.

12. My May fifteenth twenty twenty two letter that mailed (that was mailed) to Defendant Doctor Terri Wilke, FHA, written by me was exactly as follows: "May 15th 2022 ... Dear, Facility Health Administrator Wilke I am seeking urgent medical attention and would like to try to resolve the issue of Robertson Unit's medical staff negligence and intentional deliberate indifference to my serious medical conditions. I have been living with an infection on Robertson unit and seeking treatment here so long that this medical issue has become chronic and taking major tolls and impairments on my health, and body."

13. (Continuation of quoting May fifteenth twenty twenty two letter from previous paragraph 12. immediately above)"... I strongly believe this to be a sexually transmitted disease because all signs and symptoms started after having intercourse with a specific person then this person showing me that our symptoms and signs matched a few being discharge and odor. I have been tested by way of urinalysis by nurses who are unreliable sources and show contempt for me as I have been battling them to get treatment. I also have conditions now such as stricture due to prolonged infection that may affect the accuracy of a urinalysis because discharge will not come out because of fibrous narrowing of my urethra."

Note: What I mean by discharge will not come out because of fibrous narrowing of my urethra is that my discharge, being prolonged, at some point in time ceased being free-flowing though I still have the same discharge I just have to give a slight strain to push it out of my urethra.

14. ( Continuation of quoting May Fifteenth twenty twenty two letter from previous paragraph 13. immediately prior ) "... I am asking you doctor Wilke to consider not only my signs and symptoms' but also that if it may not be an STD that it can be something very closely related. The only way for me to be treated is testing and more extensive testing. I have listed my signs and symptoms in numerical order below' ... # 1. Discharge — I have a daily white and sometimes clear discharge from the penis. I have a yellow discharge from the rectum. This discharge has a foul odor. # 2. Stricture — Due to prolonged infection I have developed fibrous tissue in my penis constricting my urethra and making it difficult to pass urine and discharge. Fibrous narrowing also of gastrointestinal tract rectum and so on causing difficult bowel movements and inability for complete bowel movement leaving stagnant waste."

15. ( Continuation of quoting May Fifteenth twenty twenty two letter from previous paragraph 14. immediately above) "... # 3. Arthritis — At one point in time I had a full body breakout of muscle aches, # 4. Loss of vision — I have severly lost vision in my left eye and am starting to lose vision in my left ( I meant to write right in my original letter but wrote left so I must quote). These losses in vision are gradual meaning as we speak my vision is continuing to get worse without treatment. # 5. Odor — a strong obvious odor of infection from genital area, rectum and navel. # 6. Frequent urination. Frequent bowel movements or urge for bowel movement without having a complete one. I have very frequent urination and bowel movements." (What I was trying to express at the time of my original letter was that I have frequent incomplete bowel movements of difficult straining and pebble-like stools or diarrhea in very short shooting difficult spurts if I was even able to produce a bowel movement though the urge frequently exists).

16. ( Continuation of quoting May Fifteenth twenty twenty two letter from previous paragraph 16 (15.) directly above) "... # 7. Kidney and bladder pain. Additional signs and symptoms include weight loss, gas — may be gas producing organisms' or fermentation, and also — excessive amounts of acid. nervous system and blood pressure issues. Negligence is resulting from nurses and doctors deliberate indifference simply not caring or ignoring me also only one form of testing failing to get more extensive and identify causes and masking symptoms and signs with diagnosis of rheumatoid arthritis may very well have been reactionary arthritis and a eye condition could have resulted from urinary tract infection

Note: Above, Kidney pain can refer to back pain in general as I am only indicating an area of pain and because my bacterial infection of the sexually transmitted disease chlamydia has been already scientifically and medically proven by the Department of Health And Human Services in Port Arthur Texas 77642, my arthritis is then reactionary arthritis which means this bacteria has

or STD and gastrointestinal infection and regardless of a claimed eye condition a UTI, STD and gastrointestinal infection when chronic ( I meant at the time of writing this original letter considering all possibilities of the cause of infection though still an infection but I assert an STD but leaving possibilities open to show open mindedness and willingness to consider different possibilities of infection) can be gradually making my vision worse".

17. (Continuation of quoting May Fifteenth twenty twenty two letter from previous paragraph 16. that is immediately prior) "... I am pleading for a doctor who will listen to the patient and not ignore or look over (at time of writing the original letter I meant deliberately look over) any issues and extensive testing to identify the causative organisms and problems and get treatment. Can you please help me Health Administrator Wilke. Thank You for taking time to read this thoroughly , Durand, Durand Toson # 2206334, Durand Toson, May 15th 2022, French M. Robertson unit, 12071 FM 3522 Abilene Texas 79601, This letter has been * Carbon Copied * Added to this letter is a I-60 requesting dated May 15th 2022 to FHA, Wilke asking for response" and this ends my May Fifteenth twenty twenty two letter to Defendant Doctor Terri Wilke, FHA, and this letter is being used in this § 1983 complaint currently to demonstrate Defendant Doctor Wilke's further knowledge and awareness (subjectively) of plaintiff Toson's serious medical need of bacterial infection or infection in general of my urinary and gastrointestinal tracts and purely being used for this sole purpose by me.

18. This May Fifteenth twenty twenty two letter also shows an objective symptomatology ( see paragraphs 14, 15, and 16. in this § 1983 under V. Statement of Claim, page 14) of a bacterial infection or infection in general (though asserting chlamydia) of my urinary and gastrointestinal tract. In addition to Defendant Terri Wilke's subjective knowledge or awareness as identified or inferred or implied in paragraphs 3., 4., 5., 10., 11., 12., 13., 14., 15., 16. and 17. and an objective serious medical need of infection as identified , inferred or implied in paragraphs 2., 6., 7., 8. and 9. all in this 1983 complaint under V. Statement of Claim, further subjective knowledge and awareness and objective serious medical need, both of my infection in general or bacterial infection of my gastrointestinal and urinary tracts, can be inferred from my Electronic Health Record & medical records

Note Continuation from previous Page 14 immediately prior : spread to my blood stream (or infective arthritis) which are the two types of arthritis directly associated with chlamydia due to being prolonged an infection spreading which both these arthritis indicate chlamydia has spread to the blood stream. (see http://www.khanacademy.org/science/healthcare-and-medicine) also See http://www.khanacademy.org/test-prep/mcat).

Which Step 1 Medical Emergency Specialist grievance # 2023045889 that has a signature authority by Defendant Doctor Wilke admits Defendant Wilke reviewed.

19. Step 1 Medical Emergency Specialist grievance # 2023045889 documents on it "Grievance Response: In a review of your Electronic Health Records (EHR) — Signature authority, Terri Wilke, Terri Wilke; FHA ... Date: FEB — 6 2023" and this admits Defendant Doctor Wilke actually reviewed my Electronic Health Records (EHR) and in my Electronic Health Records are documented by medical, my active medical problems that indicate the infection (bacterial infection or infection in general) that I have been made Defendant Wilke subjectively aware of or the infection complained about in Step 1 Medical Emergency Specialist grievance # 2023045889 when my Electronic Health Records are reviewed in relation to this grievance.

20. See Toson's Exhibit A of Step 1 Medical Emergency specialist grievance # 2023045889 • See paragraphs 10. through 17. under V. Statement of Claim in this § 1483 Prisoner's Civil Rights Complaint. See Exhibit B of a Pearl Patient Chart Export from my Electronic Health Records that documents my active medical problems and although it does not show the specific words "active problems" on other records that I have that document -s (documents) these same exact active problems are documented under active problems though these words are excluded on this particular record the following on Exhibit B documents under active problems " Patient Name: TOSON, DURAND A ... Facility: ROBERTSON (RB) ... Chronic Care: Rheumatoid Arthritis... First Observed 9/3/2019 04:09 PM.. • Not Specified: ... Obstructive And Reflux Uropathy First Observed 2/18/2020 04:34PM ... Urethritis And Urethral Syndrome First Observed 10/15/2020 12:33 PM ... Low Vision Both Eyes First Observed 1/11/2021 01:28 PM ... Disease of Intestine Unspecif -ied (Unspecified) gi Disorder Gastrointestinal Disorder First Observed 3/30/2021 04:14 PM ... Other Disorders Of Penis First Observed 4/16/2021 03:00 PM."

21. When my Electronic Health Record (See Toson's Exhibit B page 50b Pearl Patient Chart Export medical record (EHR)) was reviewed by Defendant Doctor Wilke, FHA, (also see paragraph 20. immediately above) in relation to my Step 1 Medical Emergency Specialist grievance # 2023045889 (See Exhibit A Step 1 Medical Emergency Specialist Note; Please be aware so there will be no misconceptions that though prescribed I have never actually taken psychiatric medication and I discontinued any psychiatric prescription a long time ago and where Exhibit B documents "They have me on medications" and it is not having any symptoms" refers psychiatric medications and symptoms please disregard (see Exhibit B page 50b) also that these active medical issues are still documented up to how's current dates

grievance # 2023045884 ) Which states by me " I am suffering from a prolonged bacterial infection of my urinary tract that as a result is causing serious bodily impairments. I need to see a specialist as soon as possible for specific and requested testing to identify this bacteria and recieve treatment and also a visual physical to confirm very real symptoms and physical signs of this bacterial infection and recieve treatment from specialist," also combined —— subjective knowledge and awarness already acquired by Defendant Doctor Wilke from my May Fifteenth twenty twenty two letter (See paragraphs 10. through 17. under V. Statement of Claim in this § 1983 Complaint) letter regarding bacterial infection or infection in general (though asserting Chlamydia while leaving other possibilities of infection all open for medical judgement) of my gastrointestinal and urinary tracts and it can be inferred that a prudent or even mediocre doctor or medical personnel or Defendant Doctor Wilke while combing (combining) these things under review of Medical Emergency Specialist Grievance Step 1 # 2023045884 it can be inferred that Toson's objective serious medical need of infection is obvious.

21. Plaintiff Toson's serious medical needs of prolonged bacterial infection with the sexually transmitted disease chlamydia is so obvious that even a layperson of the mental health profession, employed by the Texas Department of Criminal Justice under contract, indicated that I had or have "Reiter's Syndrome" (Reiter's Syndrome) that is directly associated with a chlamydia infection (and this was indicated during my stay at the Montford unit for psch as I temporarily left my unit of assignment which is French M. Robertson unit and I temporarily stayed at the Montford unit between February of Twenty twenty one and July of Twenty twenty one).

22. Please see and extract this "Pearl Patient Chart Export" mental health record that was documented between the timeframe of February of Twenty twenty one and July of Twenty twenty one by a Montford unit mental health staff member who was my counselor (This record is page 670 in the medical records that I purchased at the French M. Robertson unit in the year of Twenty twenty two) which documents " Patient Name: TOSON, DURAND A ... Facility: MONTFORD

Note: Please be aware of the obvious that any medical staff (Wilke) dealing with an inmate — patient or reviewing that patient (Toson)(in relation to medical issues) as a medical patient to address that person or patients medical needs (whatever those medical needs may be) must be aware of that patients active medical problems (see Exhibit B and paragraph 20. in this 1983) due to the dangers of not knowing and proceeding with a patient could pose.

Page 18

PYSCHIATRIC (JM) ... Diagnosis / Clinical Findings ... he (Toson) appears more concerned over his health issue and having difficulty with his vision and urethral discharge ... The patient (Toson) with Reiter's triad conjunctivitis, urethritis and arthritis"

24. See paragraph 20. under V. Statement OF Claim in this § 1983 Prisoner's Civil Rights Complaint and Toson's Exhibit B that documents under active problems " Patient Name: TOSON, DURAND A ... Facility: ROBERTSON (RB) ... Chronic Care: Rheumatoid Arthritis ... Not Specified: ... Obstructive And Reflux Uropathy ... Urethritis And Urethral Syndrome ... Low Vision Both Eyes ... Other Disorders OF Penis" Also being that my gastrointestinal tract is infected with the sexually transmitted disease chlamydia, you may also see documented on Exhibit B " ... Not Specified: ... Disease OF Intestine Unspecified gi Disorder Gastrointestinal Disorder. Paragraphs 22. through 24. under V. Statement OF Claim in this § 1983 Prisoner's Civil Rights Complaint demonstrates that my serious medical needs of prolonged infection with the sexually transmitted disease chlamydia or infection in general is so obvious that even a lay person indicated Reiter's Syndrome directly — associated with a chlamydia infection.

25. Being deliberately indifferent to my serious medical needs of prolonged bacterial infection or infection in general, Defendant Doctor Terri Wilke (Terri Wilke), FHA, delayed medical care, treatment and even a simple medical response to my Medical Emergency Specialist Grievance for a month and a half (see Toson's Exhibit A Medical Emergency Grievance specialist " Offender Signature; Durand Toson, Date: December 19th 2022 ... Date Recieved; DEC 20 2022 (under OFFICE USE ONLY for date — recieved by Grievance Department) ... Signature Authority: Terri Wilke  Terri Wilke, FHA, Date: FEB — 6 2023 ... Date Ret'd to Offender; FEB 07 2023) and during this month and half absolutely no medical action or adequate treatment was taken or given by Wilke and upon return of Medical Emergency Grievance specialist grievance # 2023045889 (See Exhibit A under OFFICE USE ONLY " Date Ret'd to Offender: FEB 07 2023) absolutely no medical action was taken and no adequate treatment was given by Wilke as Toson was denied by these omissions.

Note: The simple honest truth as a patient of how my gastrointestinal and urinary tract is effected by the same infection when concerning my gastrointestinal tract is through oral sex and also infecting myself with the discharge from my penis to my gastrointestinal tract.

( Continuation of subject from previous paragraph 25, immediately prior ) ( Please see Exhibit A, Medical Emergency Specialist grievance # 2023045884 which states "Grievance Response: In a review of your Electronic Health Records (EHR), there is no indication you requested any services from the Medical Department regarding the alleged urinary tract infection (UTI). If you need medical attention, please utilize the Sick Call Process. No action needed ... Signature Authority: Terri Wilke   Terri Wilke, FHA, Date: FEB - 6 2023. ( Reference to this grievance is being used in support of deliberate indifferen -ce (indifference) to my serious medical need of infection and not for any grievance claim or dissatisfaction with this grievance.)

27. Defendant Doctor Terri Wilke could have provided and could have gotten Toson medical care, adequate treatment to cure, a physical or visual examination, and a specialist, if needed past Wilke's medical capabilities or ability to provide needed medical attention or services ( see Exhibit A, Medical Emergency Specialist grievance # 2023045884 under "state your grievance" ) but chose deliberate indifference to Toson's serious medical needs ( see paragraphs 10. through 17. under V. Statement Of Claim in this § 1983 Complaint of the May fifteenth twenty twenty two letter sent to Wilke by Toson) and as a Doctor aware of Toson's serious medical needs of bacterial infection or infection in general of Toson's (my) urinary and gastrointestinal tracts, Defendant Doctor Wilke with that knowledge during those times knew Toson would continue to suffer the health risks, serious bodily impairments, pain and sickness he was already suffering with no adequate treatment to cure his infection and Defendant Wilke also knew those infections would pose future health risks. ( See Toson's § 1983 Complaint under Continuation of acts or omissions that harmed me for Defendant Wilke to see the things (some of) I suffered health-wise and pain and see paragraphs 2., 3., 3., 14., 15., 16., 20. In this § 1983 Complaint [Id.] ) to see further things I suffered health-wise and pain.

28. Defendant Doctor Terri Wilke, FHA, by deliberate indifference to my serious medical needs of bacterial infection or infection in general of my urinary and gastrointestinal tracts ( see paragraphs 1. through 27. under V. Statement Of Claim in this § 1983 Prisoner's Civil Rights Complaint) between December 20th 2022 and February 7th 2023 ( see Exhibit A of Medical Emergency Specialist grievance # 2023 045889) and all time subsequently due to the omissions of absolutely no medical action taken and no adequate treat- ment (treatment) given by Defendant Wilke also effected my conditions of confinement for my basic needs of food and water due to inability to eat or drink without severe pain and toturing myself with severe pain to eat my food and drink water which as a human being I must do to stay alive.

29. When I eat my food (when I must) it renders me immobile to complete my other basic necessities (also when I drink water it produces the same effect) or simple tasks due to torturing pain in my stomach (most likely due to inflammation from infection) or gastrointestinal tract making it hurt to have even in the slightest motions and bacterial infection or infection in general of my gastrointestinal tract and gastrointestinal issues that stem from this infection keeping me underweight, malnourished, constant starvation feeling once food digests as best as it can without me vomitting, constant vomitting and combined with the infection of my urinary tract and very frequent urination, dehydration, all in total causing weakness, dizziness, headaches, nausea, constant vomitting, thirst feeling, weight loss, ceased production in natural oils of skin, hair and breaking nails and severe fatigue.

30. See Exhibit B of Toson's Pearl Patient Chart Export that is documented under active problems ... "Not Specified ... Obstructive And Reflux Uropathy ... Urethritis And Urethral Syndrome ... Disease Of Intestine Unspecified gi Disorder (Gastrointestinal Disorder ... Other Disorders (Disorders) Of Penis"

31. Also Defendant Doctor Wilke, FNP, although documents on Step 1 Medical Emergency Specialist grievance (See Exhibit A Step 1 Medical Emergency Specialist grievance # 2023045894) # 2023045894 under Grievance Response "there is no indication you requested any services from the Medical Department regarding the alleged urinary tract infection" Toson actually has requested services from the Medical Department numerous times through SICK CALLS and substitute sick calls written on I-60's such as (please extract and see) " SICK CALL REQUEST ... Date: 11-26-21 ... Offender's Name: Durand Toson ... Reason for Health Services Appointment: asking for penicillin shot or antibiotics infection discharges, burning, stricture, kidney pain, gastrointestinal issues related to problem.

32. (Continuation of subject from previous paragraph 31. immediately above) I have even contacted Defendant Doctor Wilke personally through or via SICK CALL or substituted SICK CALL on a I-60 (please see and extract) such as " Inmate

Note: ~~[illegible crossed-out text]~~
~~[illegible crossed-out text]~~
~~[illegible crossed-out text]~~
★ Disregard this note. Thank you. ★

Request To Official (I-60) ... To: Facility Health Administrator Terri Wilke ... Date: May 22nd 2022 ... Subject: I have sent to you a letter containing an I-60 and written letter regarding concerns of my health and getting treatment some of these medical issues all explained in my May 15th (2022) letter including the I-60 are emergent and are clearly explained in my letter yet I am being ignored and disregarded. I have also sent to you a I-60 May 20th (2022) with no response regarding the same issues in my May 15th 2022 letter, I am pleading that you read my letter and provide for me the medical attention and treatment I need. God Bless you." See paragraphs 10. through 17. under Statement Of Claim (section V.) of this § 1983 complaint.

33. (Continuation of Subject Frome (From) previous paragraph 32. immediately prior) The I-60 | substitute Sick Call referred to in previous paragraph 32. immediately above or prior also documents on it " Name: Durand Toson ... No: 2206334 ... Unit: French M. Robertson ... Living Quarters: 3K - 2 - 39 Bottom ... Work Assignment: Medical Squad 5." (Paragraphs 10. - 17. under V. Statement Of Claim of this § 1983 Complaint, please see).

34. (Continuation of Subject From previous paragraphs 31., 32. and 33. immediately prior) (please see and extract) " Inmate Request To Official (I-60)... "To: Facility Health Administrator Terri Wilke ... Date: May 19th 2022 ... Subject: On May 15th 2022 I sent a letter to you regarding serious medical issues that I am being neglected and ignored about by medical staff here on Robertson some of these medical issues being emergent I still have no response from you. I am pleading that y (please disregard thaty as a writing error in my quote of this I-60 | substitute Sick Call) that you read and respond to my May 15th 2022 written letter which included an I-60 and provide for me the medical attention and treatment I need. Thank You and God Bless You". (Please see paragraphs 10. through 17. under V. Statement Of Claim of this § 1983 Complaint).

35. Paragraphs 31. through 34. under V. Statement Of Claim of this § 1983 Complaint was solely or is solely for the purpose of demonstrating that I did have SICK CALLS and I-60 | substitute Sick Calls regarding my urinary tract infection (see Exhibit D Step 2 Emergent Medical Grievance # 2023045989 " Irrespective of the language I may have used of Urinary Tract Infection that is being intentionally pin pointed in my step 1 grievance in further avoidance of my serious medical issue, whether

I have used UTI, sexually transmitted or in great detail gave all and specific systemic and related symptoms that even a lay or untrained person could see and know I need treatment for I cannot fathom why the medical department is being deliberately indifferent to my serious medical need." )even directly to Defendant Doctor Wilke (see Id. " I reported this to medical in a multiplicity of forms and ways through the lowest position's of the medical department nurses to the highest, doctors, physicians, Facility Health Administrator (Wilke) etc. I have used the sick call process so long through medicals deliberate indifference this issue would now be labled chronic and thus caused adverse effects on my health causing rise to new dangerous and continuos health issues such as vision loss and I have explained that the organisms causing infection or morbidity in my urinary tract are pathogenic and in my stomach and intestines to and infections spread!")

36. Though I used a grievance which is STEP 1 Emergency Medical Specialist grievance # 2023078884 to compel medical care and adequate treatment to cure my (attempt to) infection after much effort through the sick call process; substitute SICK CALL I-60's, letters, ombudsman and through my family and other ways; whether an inmate - patient request medical care and adequate treatment to cure through grievance, SICK CALL, I-60/substitute SICK CALL, letter, ombudsman, family etc. (as inmate - patient Toson); it does not relieve that medical personnel, Doctor etc. ( Defendant Doctor Wilke) of the duty to provide medical care and treatment to cure a patient's serious medical needs (my infection) while that patient (Toson) is suffering sickness, severe pains, serious bodily impairments etc. because that patient (me) used a grievance to get medical help after much efforts in other forms such as SICK CALL when a grievance can actually try to be used by the patient (me) to compel medical care and adequate treatment to cure where medical care and adequate treatment to cure is absent or there is absolutely is none for the inmate - patient.

38. Due to absolutely no medical action taken and no adequate medical treatment given by Defendant Doctor Teddi Wilke or provided I was forced to write step 2 Emergent Medical grievance # 2023078884 to attempt to compel medical I





care and adequate medical treatment and this grievance was recieved by medical Personne John Doe, STEP II MEDICAL GRIEVANCE PROGRAM OFFICE OF PROFESSIONAL STANDARDS TDCJ HEALTH SERVICES DIVISION on March fourteenth twenty twenty three. See Exhibit D Step 2 EMERGENT MEDICAL GRIEVANCE # 2023045889 under OFFICE USE ONLY, HQ Recd Date.

39. For clarification I am not attempting to state a claim against Defendant Doctor Wilke for dissatisfaction for or to any grievance response including Step 1 Medical Emergency Specialist grievance # 2023045889 and Step 2 EMERGENT MEDICAL GRIEVANCE # 2023045889 but I am stating a claim for deliberate indifference to my serious medical need of prolonged bacterial infection or infection in general of my urinary and gastrointestinal tracts by absolutely no medical action taken by Defendant Doctor Wilke though knowing I was suffering and no adequate treatment given to cure by Defendant Wilke and Defendant Wilke's awarness of my serious medical need of infection was through Step 1 Medical Emergency Specialist grievance # 2023045889, letters, SICK CALL/substitue I-60's and other ways and reference to this grievance is merely being used in support of deliberate indifference to my serious medical need in this § 1983 Complaint.

40. Defendant Doctor Wilke's deliberate indifference to my serious medical need of bacterial infection or infection o in general of my urinary and gastrointestinal tract also negated any compulsive medical care and adequate treatment to cure I could have recieved by Defendant Wilke feigning no knowledge of my urinary symptoms (see paragraphs 10. through 18. under V. Statement OF Claim in this 1983 Complaint of my May Fifteenth twenty twenty two letter sent to Defendant Wilke) (see grievance # 2023045889 Step 1 under "State your grievance..." "I need ... visual physical to confirm very real symptoms and physical signs of this bacterial infection and recieve treatment" and under "Grievance Response: ... there is no indication you requested any services from the Medical Department regarding the alleged urinary tract infection (uti) ) (See also from Step 1 grievance # 2023045889 "Signature Authority: Terri Wilke, FNP (see Step 2 grievance # 2023045889 "Grievance Response: you have not submitted any sick call request for urinary symptoms (symptoms))"

41. (Continuation of subject from previous paragraph 40. immediately above) Please see and extract my SICK CALL REQUEST that documents on it "Date: 11·26·21 ... Offender's Name: Durand Toson ... Reason for Health Services Appointment: Asking for penicillin sho

or antibiotics, infection, discharges, burning, stricture, kidney pain, gastrointestinal issues related to problem." To even state that (by medical personnel John Doe) an "evaluation" somehow shows I don't have a sexually transmitted disease is in direct controversy of what has been scientifically and medically proven twice by clinical professionals at the Department Of Health And Human Services in Port Arthur Texas 77642 by way of testing and diagnosises with the sexually transmitted disease chlamydia that due to losing my antibiotic treatment pills I was never treated and subsequently incarcerated and furthermore I was never physically or visually evaluated 11/22/22 for sexually transmitted diseases by any medical staff member.

42. See Exhibit D EMERGENT MEDICAL GRIEVANCE #2023045889 (step 2) "Grievance Response: You have a history of... 11/22/2022 ... was evaluated for... sexually transmitted diseases with negative results. The use of the word "treatment" is also completely erroneous because on 11/22/2022 and at no time in the past 3 years have I ever recieved any treatment to cure (such as antibiotics, shot etc.) specifically sexually transmitted diseases or a urinary tract infection (see Exhibit D "Grievance Response :... You have a history of being treated 11/22/2022"). Reference to a normal urinalysis is also in direct controversey of what has been scientifically and medically proven twice by clinical professionals at the Department Of Health And Human Services in Port Arthur Texas 77642 (see paragraph 41. immediately prior and above) that due to the sexually transmitted disease chlamydia being proven twice that I have solidifies it's existence and being infectious does not miraculously resolve on it's own.

43. Furthermore on 11/09/2022 I was at the Montford unit for reasons completely — unrelated to my sexually transmitted disease chlamydia or urinary tract infection and no specificity is given on what this urinalysis was being used for though urinalysis can be used for diffrent reasons depending on what a specific medical personnel is using it for and I was not given a urinalysis for sexually transmitted diseases or urinary tract infection and I was not at Montford for this purpose to even have this done and repeated references to things suggesting I don't have the sexually transmitted disease chlamydia puts my medical condition in controversy when government record is extracted from the Department Of Health And Human Services showing I tested and was diagnosed twice with chlamydia and due to losing my treatment of antibiotic pills I was never treated and I still suffer

Note: Reference to the Department Of Health And Human Services throughout this complaint regarding (regarding) government record of my testing and diagnosises of the sexually transmitted disease chlamydia obtained from public records including under the authority with specific streets can be (this information) be extracted from two possible but one for sure locations. Port Arthur Health Department 449 Austin Avenue Port Arthur TX 77640 and DSHS 4500 Jimmy Johnson Blvd, Port Arthur Texas 77642.

direct signs and symptoms that are documented on my prison medical record associated with chlamydia.

44. See The Oxford Encyclopedic English Dictionary for the following words: Chlamydia — a small parasitic bacterium of the genus Chlamydia, only able to multiply within the cells of a host, some of which cause diseases such as trachoma, psittacosis, and non-specific urethritis (pg. 256); Infection — (1)(b)... an infectious disease; Infectious — (3)... apt to spread (pg. 722);

of testing and diagnosis from the Department of Health and Human Services in Port Arthur Texas 77642 that I have chlamydia which is both scientifically and medically proven and on government record. See page 14 paragraphs 14. and 15. in this § 1983 Complaint " signs and symptoms ... # 1. Discharge ... has a foul odor ... #4. Loss of vision .... # 5. Odor ... # 6. Frequent urination" (this is from the May Fifteenth twenty twenty two letter sent to Doctor Wilke).

45. See Exhibit B Pearl Patient Chart Export from my Electronic Health Records " Patient Name: TOSON, DURAND A ... Facility: ROBERTSON (RB) ... Not Specified: (active problems) .. . Obstructive and Reflux Uropathy First Observed 2/18/2020 04:34 PM ... Urethritis And Urethral Syndrome First Observed 10/15/2020 12:33 PM ... Low Vision Both Eyes First Observed 1/11/2021 01:28 PM ... Other Disorders of Penis First Observed 4/16/2021 03:00 PM" Referring to post alleged " seen via the sick call process" on 11/22/2022 and 11/09/2022 does not address, or to be clearer, give medical care and adequate medical treatment to cure current urinary tract infection, severe pain, serious bodily impairments and other issues I suffer due to this urinary tract infection that medical personnel John Doe and Defendant Doctor was made aware of through my Step 2 and attached Step 1 EMERGENT MEDICAL GRIEVANCE and Medical Emergency Specialist Grievance #'s 2023045889 (see Exhibit A and D).

46. See Exhibit D EMERGENT MEDICAL GRIEVANCE STEP 2 # 2023045889 " Grievance Response: You have been seen in accordance with Correctional Managed Healthcare Policy A-01.1 ... You have a history of being treated 11/22/2022 and was evaluated for chronic kidney diseases and sexually transmitted diseases ... Your urinalysis 11/09/2022 was normal" also see on Exhibit D on the back of this grievance " Offender Signature: Durand Toson, Date: February 17th 2023" and on the front of Exhibit D Step 2 grievance # 2023045889 " OFFICE USE ONLY ... UGI Rec'd Date: MAR 06 2023 ... HQ Rec'd Date: MAR 14 2023".

47. Paragraphs 39. through 46. on pages 23 through 25 in this 1983 Complaint are not (as I reiterate) to state a claim for dissatisfaction to any grievance response but merely demonstrates the effects of Defendant Doctor Wilke's deliberate indifference to my serious medical need in floating

Note: (Please see note on previous page 24) The Department of Health and Human Services throughout this § 1983 Complaint refers to possible though one for sure addresses or places where the information regarding my chlamydia diagnoses can be extracted (i) Port Arthur Health Department, 449 Austin Ave Port Arthur Texas 77640 and (2) The Department of Health and Human Services 2600 Jimmy Johnson Blvd Port Arthur Texas 77640.

medical personnel John Doe, resulting in further deliberate indifference.

48. (See http://www.Khanacademy.org/science/healthcare-and-medicine) or (http://www.Khanacademy.org) under "LEARN, Science, Health and medicine, infectious diseases, Sexually transmitted diseases, What is Chlamydia" to see a collaborated video by medical professionals of the American Association of Colleges of Nursing who collaborated with the Khan Academy for this educational and informational video which documents as I quote this video "Chlamydia is the most common sexually transmitted infection in the world ... Chlamydia often co-infects with gonorrhea or they tend to occur together ... Now there are several species of chlamydia that exist, but when we talk about the most common STI that's responsible for the disease chlamydia we're talking about chlamydia trachomatis and the way it gets this name, trachoma is the term for the eye infection that occurs with chlamydia."

49. (Continuation of quoting educational video from previous paragraph 48, above)"... there are several ways that chlamydia is transmitted from one person to another, sex is the most common way and that can include oral sex, vaginal sex ... one of the unique ways that we can transmit chlamydia is with direct contact ... chlamydia can only live outside of a human host for about a few seconds to a minute so direct contact means something like scratching an infected organ of the body, say part of the genitalia and then directly touching another part of that same person's body."

50. (Continuation of quoting educational video from previous paragraph 49, above)"... and we will talk about that in the case of conjunctivitis or an eye infection of chlamydia.... the chlamydia will multiply and spread further up the genital tract ... Perhaps we can have chlamydia spread up this way and into the urethra ... how the symptoms that we have that are associated with chlamydia are due to the white blood cells that come and attack the bacterium ... we usually don't have a single chlamydia bacterium that comes to infect the genital or the urinary tract, you're going to have many of these guys that are inoculated or spread into the tract so there is going to be as a result a lot of white blood cells that come from the bloodstream to the genital or urinary tract to attack the infected epithelial cells at that time and when all of these white blood cells show up from the bloodstream and up to the genital tract or the urinary tract where there not supposed to usually be we get the process called inflammation and that's what causes the swelling, the burning and general pain that's associated with a chlamydia infection."

51. (Continuation of quoting of educational video from previous paragraph 50, above)"... that means that of the urethra when it gets infected you have urethritis and the burning sensation you have when you pee is called dysuria which just means uria referring to the urinary tract and its meaning complication or something that's out of whack or I is a disorder in so say we have some other chlamydia bacteria spreading up the urethra that'll cause urethritis or if it spreads up here to the prostate ... you can get prostatitis ... another very telltale sign of a sexually transmitted infection especially when white blood cells are coming from the bloodstream to attack the infected epithelial cells and the bacteria (coming from the blood error in quote + editor [isrequal]

you're going to have that apoptosis or that cell death that occurs along the way and so the dead epithelial cells, the dead white blood cells and even the bacteria will come out of the tip of the penis from the urethra and what you'll actually see is pus."

52. (Continuation of quoting educational video from previous paragraph 51. immediately prior)
"... so you're going to have what can also be referred to as a creamy purulent discharge or just pus that represents the dead white blood cells, epithelial cells and bacteria are being essentially peeled away ... now from the genitals chlamydia can spread into the bloodstream to go elsewhere in the body and there are a couple of classic places it shows up, one place it can spread from the bloodstream right here is the eye ... remember as I have mentioned ... In addition to spreading from the bloodstream chlamydia can also spread from direct contact into the eye, let's just say if there's some pus that's discharged and a person is confused about why that's coming out and they touch it with their finger and then rub their eye you can directly spread chlamydia into the eye")

53. (Continuation of quoting educational video from previous paragraph 52. above)"... the conjunctiva which is infected can be referred to conjunctivitis but once you start irritating the white of the eye you may actually even spread the infection over the pupil to cause what's called an opacity which just means the whitening over the pupil that makes it difficult for you to see and this is what is referred to as trachoma which is the most common cause of blindness in the developing world ... another site that can be affected from the bloodstream are your joints, so this knee right here can be infected so we refer to this specifically as infective arthritis".

54. (Continuation of quoting of educational video from previous paragraph 53. above)"... infective arthritis, which is exactly what you would imagine if the chlamydia spreads from the bloodstream into your joint capsule right here, this white layer is bone as well and this grey portion is cartilage or the cartilage that separates the articular bone from each other and in between in the joint capsule or this synovial cavity is this fluid, it's referred to as synovial fluid that sort of helps the bones move on top of each other smoothly, so remember as chlamydia makes it into any part of the body not just the joint but also the urethra you're going to have white blood cells that come right after it and these guys are chasing it with a vegence and so you are going to have these tell-tale signs of inflammation occurring here in the joint here as well."

55. (Continuation of quoting of educational video from previous paragraph 54. above)"... you can imagine that having a ton of white blood cells here within the joint makes it very difficult for you to have smooth movement if in addition to the fluid you've got these white blood cells and now you've got some chlamydia that's here and you're going to have a lot of pain and difficulty moving and the term for painful joints is dys-arthria

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of _____ (name of institution) where _____ (name of inmate) is confined as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $_____

(2) During the past six months, the prisoner's $_____

Average monthly balance was $_____

Average monthly deposits to the prisoner's account were $_____

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this _____ day of _____, 20___

_____
Authorized Officer

_____
Institution of Confinement

### Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court my initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

_____
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No._____

— Page 28 —

which again implies means some type of disorder and arthria refers to the joint, dysarthria , now the unique thing about chlamydia is that in addition to infective arthritis you can also have something that's referred to as reactive arthritis and this is very distinct beast from infective arthritis in that reactive arthritis is the result of the antibodies that you make ... the antibodies that you are supposed to make against the chlamydia which for some reason in this case will attack both the chlamydia trachomatis as well as the joint for some reason mistaking proteins in the joint in the joint for the same proteins that are on chlamydia and traveling to the joint to attack it as well"

5b. (continuation of quoting of educational video from previous paragraph 5b. immediately prior)" ... and when antibodies flow into some space the similar thing happens as what we saw here with infective arthritis, the white blood cells will also rush to the site to help the antibodies to attack whatever it is they're attacking and unfortunately in this case those include proteins that are naturally found in the joint capsule ... in fact this has its own name or syndrome, this is called Reiter's syndrome you can't see because you've got trachoma like you do here, you can't pee because you have arthritis and then on top of that you can't even climb a tree because you've got reactive arthritis" Paragraphs ional informational 4b. through 5b. in this 1-53 complaint include the collaborated educational informational video by the American Association of Colleges of Nursing and the Khan Academy, What is Chlamydia video.

5b". In a seperate collaborated video (see paragraph 4b. under ii. statement of Claim for website address) by the American Association of Colleges of Nursing and the Khan Academy under LEARN, science, Health and Medicine infectious diseases, Sexually transmitted diseases, Diagnosis Treatment and Prevention of Chlamydia, this video says and I quote " How do we treat chlamydia the mainstay of treatment will be antibiotics"

5B. The collaborated educational informational video by the American Association of Colleges of Nursing and the Khan Academy on What Chlamydia is gives a perfect way (by way of error in writing please disregard) to demonstrate by way of comparison of my Electronic Health Records and active problems that directly branch from chlamydia, to the video involving medical professionals from the American Association of Colleges of Nursing on what chlamy –ia (chlamydia) is and this video combined with my Electronic Health records and active problems along with the fact and government record and testing and diagnoses twice with Chlamydia by clinical professionals at the Department of Health and Human Services in Port Arthur Texas 77642 that due to upon my second diagnosis with chlamydia by these clinical professionals I lost my treatment pills and therefor entered into my current sentence of 8 years untreated and still suffering from chlamydia shows I have this prolonged serious medical need and my serious medical need is in controversey which the court can order

You have received a **jpay** letter; the fastest way to get mail

From: Ransomette, Tosan.   CustomerID: 21208932
To:    DURAND ARMEN TOSON.  ID: 97208334
Date: 2/28/2019 9:00:24 PM EST.   Letter ID: 557940967
Location : AH
Housing : 8L-13-3-49

Hey! Looks like you're going to be an uncle again. Your sister Rosyn is pregnant again.

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!

a independent Medical Examination by a suitable or licensed Certified Examiner.

59. See Exhibit "b" of this § 1983 complaint which is a Pearl Patient Chart Export from my Electronic Health Records that documents my active medical problems under active problems which states " Patient Name: Toson, DURAND A ... Facility: ROBERTSON (RB) ... Chronic Care: Rheumatoid Arthritis V... Not Specified: Obstructive And Reflux Uropathy... Urethritis and Urethral Syndrome... Low Vision Both Eyes... Other Disorders of Penis". See and Extract Pearl Patient Chart Export from my Electronic Health Records of a layperson of the Psch profession between the time frame of February Twenty twenty one and July of Twenty twenty one indicated I triad Reiter's syndrome, urethritis, arthritis and conjunctivitis that is directly associated with chlamydia and this record reads " Patient Name: TOSON, DURAND A ... Facility: MONTFORD *** Diagnosis / Clinical Findings ... he (Toson) appears more concerned over his health!!"

60. Continuation of quoting record from layperson psch staff from previous paragraph 59 above " ... issue and having difficulty with his vision and urethral discharge ... The patient (Toson) with Reiter's triad conjuctivitis, urethritis and arthritis! Please see and extract Pearl Patient Chart Export " SICK CALL REQUEST ... Date: 11.26.21 ... Offender's Name: Durand Toson ... Reason For Health Services Appointment: Asking for penicillin shot or antibiotics infection, discharges, burning, stricture, kidney pain, gastro intestinal issues related to problem". See and extract Pearl Patient Chart Export that was documented between February Twenty Twenty one and July Twenty twenty one which documents " He (Toson) c/o white urethral discharge with a yellowish rectal discharge ... He (Toson) has diminished / blurred vision left eye "

61. See and Extract Pearl Patient Chart Export Electronic Health Record that was documented between February Twenty Twenty one and July Twenty twenty one which documents " Specific chronic issues: 1/P (Inmate Patient) (Toson) reports that he ... having issues with his stomach, drainage from penis and rectum" See and Extract Pearl Patient Chart Export Electronic Health Record that was documented between February Twenty Twenty one and July Twenty twenty one which documents " DSM 5 Discharge diagnosis (es)... He (Toson) told his author he has stomach infection and something in his urethra". See and extract Pearl Patient Chart Export, Electronic Health Record that was documented between February Twenty Twenty one and July Twenty twenty one which documents " He (Toson) does have some intestinal dx, urethra dx, inflammatory as well")

62. See and Extract Pearl Patient Chart Export, Electronic Health Record that documented between February Twenty twenty one and July Twenty twenty one which " History of present illness. Patient reports a white urethral discharge along with

You have received a **jpay** letter, the fastest way to get mail

From: Ransonette Toson  Customer ID: 21208932
To: DURAND ARMEN TOSON  ID: 03111602
Date: 6/16/2018 5:07:35 PM EST  Letter ID: 435766359
Location: NF
Housing: O41-30

a yellowish rectal discharge ... He (Toson) also has diminished/blurred vision of the left eye ... The patient (Toson) has ... dysuria and diminished urinary flow ... Diagnosis listed include rheumatoid arthritis ... obstructive/reflux uropathy and urethritis.

63. Please be aware that a urinary tract infection is what Defendant Doctor Wilke was deliberately indifferent to regarding no medical action or cure or adequate treatment to cure as Defendant Doctor Wilke specifically targeted the words urinary tract infection in Step 1 Emergency Medical Specialist grievance # 2023045334 as Defendant Wilke distinctly set the words Urinary Tract Infection from different names I have used to describe infection of my urinary tract in general which is why throughout this § 1483 Complaint I use the words bacterial infection or infection in general of my urinary tract (see my May Fifteenth twenty twenty letter to Defendant Doctor Wilke in paragraphs 12. through 18. on page 13 through 15 under V. Statement of Claim in this § 1483 Complaint) though with Defendant Doctor Wilke specifically targeting and distinctly setting the words Urinary Tract Infection apart in grievance # 2023045334 Step 1 and with knowledge of this infection and my suffering Defendant Wilke disregarded this by taking absolutely no medical action or cure and gave nor provided no adequate treatment to cure.

64. Although I am not asserting any conspiracy claims there are past occurrences involving Robertson unit's medical staff where Defendant Wilke is employed that has cause of the Robertson unit's medical staff to suppress the existence of my infection to avoid liability in litigation.

I declare under Penalty of Perjury the forementioned is true and correct.      Signature: _Durand Toson_      Date: 11/21/23

Durand Toson # 2206334
French M. Robertson Unit
12071 FM 3522
Abilene Texas 79601

Exhibits A through D
mentioned in this § 1483
Complaint are available and
attached for view.

Carbon Copied For Record
November Twenty ninth Twenty Twenty Three
Durand Toson

Respectfully
Submitted
, Durand

Mailed: November Twenty ninth
of Twenty twenty three through
Robertson unit nightshift officer
assigned to 8-building X-wing.








Durand Tosm #2206334
French M. Robertson Unit
12071 FM 3522
Abilene Texas 79601

RECEIVED
DEC - 8 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
OFFICE OF THE CLERK
NORTHERN DISTRICT of TEXAS
341 Pine Street Room 2008
Abilene Texas 79601

Special Mail Correspondence mailed: 11/29/23





**UNITED STATES POSTAL SERVICE**

*Retail*

**US POSTAGE PAID**
Origin: 79601
12/07/23
4800170604-1

**$0.00**

**G**

**USPS GROUND ADVANTAGE™**

0 LB 5.00 OZ

RDC 01

C003

SHIP TO:
341 PINE ST
ABILENE TX 79601-5913



USPS TRACKING® #



9500 1116 5737 3341 4336 64

