UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DURAND TOSON,
Institutional ID No. 2206334

                Plaintiff,

v.

                                        No. 1:23-CV-00232-H

TERRI WILKE,

                Defendant.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed without prejudice under 28 U.S.C. § 1915(g).

Dated January 5, 2024.

_____
JAMES WESLEY HENDRIX
United States District Judge